**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **EVA JEFFERY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION** |
| | ) | |
| **v.** | ) | **No. 25-2540-KHV** |
| | ) | |
| **KANSAS DEPARTMENT OF CORRECTIONS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

This matter is before the Court on plaintiff's Notice Of Voluntary Dismissal Pursuant To F.R.C.P. 41(a)(1)(A)(i) (Doc. #27) filed April 29, 2026.  Under Rule 41(a)(1)(A)(i), Fed. R. Civ. P., plaintiff may dismiss an action by a notice "before the opposing party serves either an answer or a motion for summary judgment."  Because defendant filed an Answer (Doc. #7) on October 28, 2025, plaintiff cannot dismiss this action under Rule 41(a)(1)(A)(i).  This action therefore shall remain open.  To voluntarily dismiss the action under Rule 41 at this stage, plaintiff must either file a stipulation of dismissal signed by all parties who have appeared, Rule 41(a)(1)(A)(ii), or file a motion to dismiss the case by court order, Rule 41(a)(2).

**IT IS SO ORDERED.**

Dated this 6th day of May, 2026 at Kansas City, Kansas.

/s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge